UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMAAL McCRAY, | : |
| Petitioner, | : Civ. No. 16-3749 (FLW) |
| v. | : |
| UNITED STATES OF AMERICA, | : **MEMORANDUM AND ORDER** |
| Respondent. | : |

Petitioner, Jamaal McCray ("Petitioner"), commenced this proceeding by filing *pro se* with the Court a motion to vacate, set aside, or correct a sentenced under 28 U.S.C. § 2255. (ECF No. 1.) The Court previously noted that the § 2255 motion lacked the required notice under *United States v. Miller*, 197 F.3d 644 (3d Cir. 1999), and ordered Petitioner to confirm whether he wanted to proceed on his original motion or refile an amended all-inclusive motion. (ECF No. 2.) Petitioner never responded.

Petitioner was incarcerated at F.C.C. Allenwood, in White Deer, Pennsylvania, when he commenced this proceeding. The Court has learned, via the Bureau of Prisons online Inmate Locator, that Petitioner was released in November 2017. *See* https://www.bop.gov/inmateloc/, Register No. 64426-050.

Local Civil Rule 10.1 requires that parties notify the Court of any change in their address by filing a notice within seven days. L. Civ. R. 10.1(a). Petitioner has not provided the Court with his new address in compliance with Local Civil Rule 10.1. Because of Petitioner's failure to update his address under Rule 10.1, the Court will administratively terminate this action, but will permit Petitioner 30 days to update his contact information. If Petitioner timely does so, the Court will reopen the matter for further proceedings and/or disposition.

Therefore, IT IS, on this 11th day of February 2019,

ORDERED that the Clerk shall administratively terminate this proceeding because Petitioner has changed addresses and has not updated his contact information in compliance with Local Civil Rule 10.1; and it is further

ORDERED that if Petitioner updates his contact information within 30 days of the date of this Order, the Court will reopen the matter for further proceedings and/or disposition; and it is further

ORDERED that the Clerk shall send, by regular U.S. mail, a copy of this Order to Petitioner at the address on file.

/s/ Freda L. Wolfson
FREDA L. WOLFSON
United States District Judge